UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN PROVINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONTAIN-A-WAY, INC., et al.,<br><br>　　　　Defendants. | Case No.  12-cv-03051-JST<br><br>**MINUTE ORDER NOTING DISMISSAL OF CLAIMS AGAINST DEFENDANT CONTAIN-A-WAY**<br><br>Re: ECF No. 41 |

　　　　Plaintiff Kathleen Provino ("Plaintiff") and Defendant Contain-a-Way, Inc., d/b/a Nextcycle ("Contain-A-Way") have both signed a stipulation of dismissal dated June 25, 2013, in which Plaintiff agrees to dismiss any and all claims against Defendant Contain-a-Way with prejudice.  ECF No. 41.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Such dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All claims against Defendant Contain-A-Way have been dismissed with prejudice.  The Clerk is directed to TERMINATE the motion at ECF No. 41.

　　　　**IT IS SO ORDERED**.

Dated: June 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge